UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TEK FOR YOUR LIFE, LLC, | |
| Plaintiff, | Case No. 3:23-cv-228 |
| vs. | |
| SHINE ON, LLC, *et al.*, | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |
| BRECKENRIDGE CONSULTING, LLC, | |
| Plaintiff, | Case No. 3:24-cv-94 |
| vs. | |
| TEK FOR YOUR LIFE, LLC, | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendant. | |

**ORDER: (1) GRANTING TEK FOR YOUR LIFE, LLC'S UNOPPOSED MOTION TO CONSOLIDATE CASES (3:24-cv-94, Doc. No. 37); (2) CONSOLIDATING CASES; AND (3) REQUIRING BRECKENRIDGE CONSULTING, LLC'S COUNSEL TO FILE A NOTICE OF APPEARANCE BY JANUARY 27, 2025, IF THEY INTEND TO REPRESENT BRECKENRIDGE CONSULTING, LLC IN THESE CONSOLIDATED CASES**

Now before the Court is TEK For Your Life, LLC's unopposed motion to consolidate cases. 3:24-cv-94, Doc. No. 37. For good cause shown, to promote a just and speedy resolution of these cases, to avoid imposing unnecessary costs, *see* Fed. R. Civ. P. 42(a), and in the absence of opposition, the Court **GRANTS** TEK For Your Life, LLC's motion and **ORDERS** the following cases **CONSOLIDATED**:

- *TEK For Your Life, LLC v. Shine On, LLC, et al.*, 3:23-cv-228 (lead case)

- *Breckenridge Consulting, LLC v. TEK For Your Life, LLC*, 3:24-cv-94

The parties shall file all briefing only in the lead case, *TEK For Your Life, LLC v. Shine On, LLC, et al.*, 3:23-cv-228.

Finally, the Court **ORDERS** counsel Joe Martin Fears and Robert Joseph Bartz to file a notice of appearance in 3:23-cv-228 if they intend to represent Breckenridge Consulting, LLC in these consolidated cases. Counsel shall file their notice of appearance on or before **January 27, 2025**.

**IT IS SO ORDERED.**

  January 16, 2025                   /s Michael J. Newman
                                                                                 Hon. Michael J. Newman
                                                                                 United States District Judge